TS-096

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO**

| | |
|---|---|
| CRYSTAL SOLIS VILLEGAS, ET ALS.<br><br>**Plaintiffs**<br><br>Vs.<br><br>TURABO MEDICAL CENTER, ET ALS.<br><br>**Defendants** | CIVIL NO. 04-1000 (SEC)<br><br>**OVER**:<br><br>**TORT ACTION FOR MEDICAL MALPRACTICE**<br><br>(Plaintiff Demands Trial by Jury) |

# MOTION FOR EXTENSION OF TIME TO MAKE PAYMENT

**TO THE HONORABLE COURT:**

 **COME NOW** codefendant **DR. PEDRO TIRADO MENENDEZ**, and **SEGUROS TRIPLE S, INC.,** through their undersigned attorney and respectfully allege and pray:

 1. On August 29, 2005 the parties participated in a second mediation session which ended with an agreement to settle the above captioned case, as well as the sister case filed in local court by a brother of the plaintiffs to this action.

 2. At the end of said session the undersigned counsel, as attorney for both Dr. Pedro Tirado and his insurer Triple S, Inc., signed a Memorandum of Understanding which was prepared right then and there by the attorneys.  The

purpose of the document was to put in writing the agreement reached by the parties at the time but it was understood that a more detailed document would be prepared to be signed at a later date and submitted to the Court for its final approval.  According the terms of the Memorandum, payment was supposed to be made to plaintiffs by today September 28, 2005.

3. Although Triple S, Inc. will make the payment of the policy limits of $100,000.00 as agreed, it has requested that a short extension of time of an additional ten (10) days be granted in order to complete the process for the disbursement of said funds, which includes having a copy of the final Stipulation or Judgment.

4. Prior to filing this motion, the undersigned counsel called via telephone attorney Jeffrey Williams to inform of this situation.  However, plaintiffs did not agree to such an extension of time and we had no other alternative but to request the assistance of this Honorable Court.

5. The fact is that to date the parties have not signed the final stipulation nor has the corresponding Motion for Voluntary Dismissal been filed yet.  The first draft of the Stipulation was sent via e-mail on September 26 and we drafted some amendments to it which were sent last night.  The terms and conditions to be included in the final document are of utmost importance to both Seguros Triple S, Inc and Dr. Tirado since there must be a full release under the terms of the insurance policy considering the assignment of rights by plaintiffs to the other defendants.

6. The petition being made by the appearing codefendants is not unreasonable and will not cause undue hardship to plaintiffs since the extension of time is of only ten (10) days from the signing of the Stipulation.

**WHEREFORE,** it is requested from this Honorable Court to grant this Motion and allow Seguros Triple S, Inc. to make the payment of $100,000.00, no later than ten (10) days from the day the Stipulation is signed, and provide any other remedy it may deem just and proper.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY:** That copy of this document has been notified by CM/ECF to **Jeffrey M. Williams-English, Esq., Heidi L. Rodríguez Benítez, Esq., Luis R. Ramos Cartagena. Esq., and Carlos Ortiz Morales, Esq.**

In San Juan, Puerto Rico, this 28th day of September, 2005.

**S/RAMONITA DIEPPA GONZALEZ**
**USDC I.D. NO. 200107**
MORALES-MORALES LAW OFFICES
ITURREGUI PLAZA, SUITE 200
1135 65TH INFANTRY AVENUE
SAN JUAN, PR  00924
TEL. 701-2700
FAX. 701-2716
E-MAIL:  rdieppa@moralesmorales.com

TS096Motion Ext.Time Payment