**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| CRYSTAL SOLIS VILLEGAS and LINDA SOLIS VILLEGAS<br><br>    Plaintiffs,<br><br>    v.<br><br>TURABO MEDICAL CENTER LIMITED PARTNERSHIP D/B/A HOSPITAL INTERAMERICANO DE MEDICINA AVANZADA, et al.<br><br>    Defendants. | CIVIL NO.: 04-1000 (SEC)<br><br><br>TORT ACTION FOR MEDICAL MALPRACTICE<br><br>TRIAL BY JURY DEMANDED |

### JOINT MOTION SUBMITTING AGREED STIPULATION

**TO THE HONORABLE COURT:**

COME NOW all parties to this action, through their counsel of record, and respectfully state the following:

1. During the mediation sessions held with the Honorable Judge Daniel Wathen on August 5, 2005 and August 29, 2005, Plaintiffs and Defendants agreed to settle the instant case. Pursuant to the agreement between the parties, Plaintiffs further agreed to assign certain claims to Centro Médico del Turabo, Inc. (previously Turabo Medical Center Limited Partnership) d/b/a HIMA San Pablo (hereinafter "HIMA"), doctor Hernán Echeverri, and Sindicato de Aseguradores para la Suscripción Conjunta de Responsabilidad Profesional Médico-Hospitalaria (hereinafter "SIMED").

2. In consideration of the Settlement Agreement between the parties, the parties agreed to request the dismissal of the above captioned action, which shall be with prejudice as to Plaintiffs but without prejudice of HIMA, SIMED, and Doctor Echeverri presenting the claims assigned in the Settlement Agreement in a separate action in a Puerto Rico state court as provided in the agreement against Doctor Pedro Tirado. In any event, the dismissal against Seguros Triple S, Inc. is with prejudice in relation with all parties, subject to the terms of the Settlement Agreement.

WHEREFORE, the parties respectfully request that the court enter a stipulated judgment dismissing the case with prejudice as to Plaintiffs and Seguros Triple S, Inc. but without prejudice of HIMA, SIMED and Doctor Hernán Echeverri presenting the claims assigned to them by Plaintiffs against Doctor Pedro Tirado, all pursuant to the terms of the Settlement Agreement executed by the parties as to the instant action.

In San Juan, Puerto Rico, this 17th day of October, 2005.

**Claimants**

**CRYSTAL SOLÍS VILLEGAS**
**LINDA SOLÍS VILLEGAS**

*INDIANO & WILLIAMS, PSC*
207 DEL PARQUE STREET
SUITE 207
SAN JUAN PR 00912
TEL. (787) 641-4545
FAX. (787) 641-4544

**By: s/ Jeffrey Williams English**
   **Jeffrey Williams English**
   USDC No. 202414

**Defendants**

**CENTRO MÉDICO DEL TURABO, INC.**
**D/B/A/ HIMA SAN PABLO**

**PIETRANTONI MÉNDEZ & ALVAREZ LLP**
POPULAR CENTER 19TH FLOOR
209 AVE. MUÑOZ RIVERA
SAN JUAN PR 00918
TEL. (787 )274-1212
FAX (787) 274-1470

**By: s/ Heidi L. Rodríguez**
   **Heidi L. Rodríguez**
   USDC No. 210106

**DR. PEDRO TIRADO MÉNENDEZ IRIS ALBERTORIO DIAZ AND SEGUROS TRIPLE S, INC.**

**RAMONITA DIEPPA, ESQ.**
Iturregui Plaza, Suite 200
1135 Ave. 65 de Infantería
San Juan, PR 00924
TEL. (787) 701-2700
FAX (787) 701-2716

**By: s/ Ramonita Dieppa González**
   **Ramonita Dieppa González**
   USDC No. 200107

**DR. PEDRO TIRADO MÉNENDEZ**

**CARLOS ORTIZ MORALES, ESQ.**
PO Box 9021866
San Juan, PR 00902-1866
Tel. (787) 249-2621
Fax (787) 720-4071

**By: s/ Carlos Ortiz Morales**
   **Carlos Ortiz Morales**

3

**SINDICATO DE ASEGURADORES PARA LA SUSCRIPCIÓN CONJUNTA DE SEGURO DE RESPONSABILIDAD PROFESIONAL MÉDICO-HOSPITALARIA, DR. HERNÁN ECHEVERRI, AND MARIA ANTONIA ARRANZ**

**LUIS RAMOS CARTAGENA**
GONZÁLEZ CASTAÑER & MORALES CORDERO, CSP.
Westernbank World Plaza,
Suite 1500
268 Muñoz Rivera Ave.
San Juan, PR 00918
Tel. (787) 758-7819
Fax (787) 758-4152


**By: <u>s/ Luis Ramos Cartagena</u>**
  **Luis Ramos Cartagena**
  USDC No. 220310

4